UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

METIN ERKAN,

                Defendant.
-------------------------------------------------------X

**MEMORANDUM OF DECISION AND ORDER**

09-CR-0625 (ADS)

**FILED**
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y

★    MAR 08 2012    ★

LONG ISLAND OFFICE

**TO:**

    **LORETTA E. LYNCH**
    United States Attorney for the
    Eastern District of New York
    610 Federal Plaza
    Central Islip, NY 11722
    By:   Raymond Tierney, Esq.,
           Assistant U.S. Attorney

    **JOYCE C. LONDON, P.C.**
    Attorney for Defendant
    20 Vesey Street, Suite 400
    New York, NY 10007
    By:   Joyce C. London, Esq.
           Of Counsel

    **U.S. PROBATION DEPARTMENT**
    Eastern District of New York
    202 Federal Plaza
    Central Islip, NY 11722
    By:   Cristina A. Vigliotti
           U.S. Probation Officer

**SPATT, District Judge.**

Primarily based on the confirmed medical condition of the defendant's daughter, Hande Erkan, and with no opposition by the defendant's probation officer, this application by the defendant, Metin Erkan for early termination of his term of supervised release is granted.

The supervised release of the defendant Metin Erkan is terminated as of March 19, 2012.

**SO ORDERED.**

Dated: Central Islip, New York
March 8, 2012

/s/ Arthur D. Spatt

_____
ARTHUR D. SPATT
United States District Judge